

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| KARAM ELIAS, | § | No. 08-15-00057-CR |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | County Criminal Court No. 1 |
| | § | |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| | § | |
| State. | § | (TC# 20100C07299) |
| | § | |

**O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **October 7, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jo Anne Bernal, the State's Attorney, prepare the State's brief and forward the same to this Court on or before October 7, 2015.

IT IS SO ORDERED this 3rd day of September, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.